# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAMES LINEBERGER,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC,<br><br>    Defendant. | Case No. 5:18-cv-01073-PSG-PLA<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:    5/18/18<br>Motion Cut-Off:    Not Set<br>Discovery Cut-Off:    Not Set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **GRANTED as modified**.

**IT IS SO ORDERED.**

*[signature: Paul L. Abrams]*

DATED: January 24, 2019

                        PAUL L. ABRAMS
           UNITED STATES MAGISTRATE JUDGE

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000