1  David A. Chami, #027585
   (Admitted *pro hac vice*)
2  PRICE LAW GROUP, APC
   8245 N. 85th Way
3  Scottsdale, AZ 85258
   T: (818) 600-5564
4  F: (818) 600-5464
   david@pricelawgroup.com
5
   Brian J. Brazier (SBN: 245004)
6  PRICE LAW GROUP, APC
   8245 N 85th Way
7  Scottsdale, AZ 85258
   T: (818) 600-5587
8  brian@pricelawgroup.com
   *Attorneys for Plaintiff,*
9  *James Lineberger*

10

11              **UNITED STATES DISTRICT COURT**
12               **CENTRAL DISTRICT OF CALIFORNIA**

13  JAMES LINEBERGER,                    **Case No. 5:18-cv-01073-PSG-PLA**

14                                       **NOTICE OF SETTLEMENT**
        Plaintiff,
15
     v.
16
     NAVIENT SOLUTIONS, LLC, formerly
17   known as NAVIENT SOLUTIONS, INC.,
18
        Defendant.
19
20

21      **NOTICE IS HEREBY GIVEN** that Plaintiff, James Lineberger, and Defendant,
22  Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Navient") have
23
    settled all claims between them in this matter. The parties are in the process of completing
24
    the final settlement documents; Plaintiff expects to file a Stipulation of Dismissal within
25
26  the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines in this
27
28

matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                 Respectfully submitted,

Dated: May 30, 2019                     **PRICE LAW GROUP, APC**

                                                 */s/David A. Chami*
                                                 David A. Chami, #027585
                                                 (Admitted *pro hac vice*)
                                                 PRICE LAW GROUP, APC
                                                 8245 N. 85th Way
                                                 Scottsdale, AZ 85258
                                                 T: (818) 600-5564
                                                 F: (818) 600-5464
                                                 david@pricelawgroup.com

                                                 Brian J. Brazier (SBN: 245004)
                                                 PRICE LAW GROUP, APC
                                                 8245 N 85th Way
                                                 Scottsdale, AZ 85258
                                                 T: (818) 600-55870
                                                 brian@pricelawgroup.com
                                                 *Attorneys for Plaintiff,*
                                                 *James Lineberger*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

    */s/Elizabeth Nanez*