David A. Chami, #027585
(Admitted *pro hac vice*)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
david@pricelawgroup.com

Brian J. Brazier (SBN: 245004)
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5587
brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*James Lineberger*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINEBERGER,<br><br>        Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, formerly known as NAVIENT SOLUTIONS, INC.,<br><br>        Defendant. | **Case No. 5:18-cv-01073-PSG-PLA**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC WITH PREJUDICE** |

        Plaintiff James Lineberger and Defendant Navient Solutions, LLC ("NSL"), by and through their undersigned counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss NSL and the entire action with prejudice, with each party bearing its own costs and attorneys' fees.

        Respectfully submitted this 24th day of June 2019,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PRICE LAW GROUP, APC**

By:*/s/David A. Chami*
David A. Chami, #027585
(Admitted *pro hac vice*)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (818) 600-5464
david@pricelawgroup.com

Brian J. Brazier (SBN: 245004)
PRICE LAW GROUP, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-55870
brian@pricelawgroup.com
*Attorneys for Plaintiff,*
*James Lineberger*

**HINSHAW & CULBERTSON LLP**

*/s/Dennis N. Lueck*
Dennis N. Lueck, Jr. (SBN CA 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone:   213-680-2800
Facsimile:   213-614-7399

Ashley M. Brettingen (SBN CA 315703)
abrettingen@hinshawlaw.com
HINSHAW & CULBERTSON LLP 11601
Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001
*Attorneys for Defendant*
*Navient Solutions, LLC f/k/a Navient Solutions,*
*Inc.*

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I, David A. Chami, hereby certify that the content of this document is acceptable to Dennis N. Lueck, Jr., counsel for Defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc. and that I have obtained his authorization to affix his electronic signature to this document.

PRICE LAW GROUP, APC

*/s/David A. Chami*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

PRICE LAW GROUP, APC

*/s/Elizabeth Nanez*