**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES LINEBERGER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, formerly known as NAVIENT SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 5:18-cv-01073-PSG-PLA<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT NAVIENT SOLUTIONS, LLC WITH PREJUDICE** |

　　　Upon review of the Stipulation of Dismissal with Prejudice of Defendant Navient Solutions, LLC ("NSL"), filed by Plaintiff and Defendant NSL and good cause appearing,

　　　IT IS ORDERED that the Stipulation is GRANTED. The above-entitled matter is hereby dismissed with prejudice as to NSL, with the parties to bear their own costs and attorney's fees. The Clerk shall terminate the action as there are no remaining defendants.

Dated: June 25, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Philip S. Gutierrez
　　　　　　　　　　　　　　　　　　　　United States District Judge